

Justin A. Bubion, Esq. [SBN: 240312]
Justin.bubion@qpwblaw.com
Sheila Vajdi, Esq. [SBN: 345340]
Sheila.Vajdi@qpwblaw.com
**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
500 N. Brand Boulevard, Suite 1650
Glendale, California  91203

Telephone: 213.486.0048
Facsimile:  213.486.0049

Attorneys for Defendant, TARGET
CORPORATION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| VERGERS DAVIS, an individual;<br><br>      Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a corporation;<br>and DOES 1 through 50, inclusive,<br><br>      Defendants. | **CASE NO.:**<br>**5:24–cv–01732–JGB–DTB**<br><br>Assigned to:<br>District Judge Jesus G. Bernal<br><br>**[~~PROPOSED~~] ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>**NOTE CHANGES MADE BY THE COURT**<br><br>Case Removed:  August 12, 2024<br>State Court Action Filed: August 22, 2024 |

      Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

      Having considered the stipulation between Plaintiff VERGERS DAVIS and Defendant TARGET CORPORATION, and good cause appearing therefor:

---

[~~PROPOSED~~] ORDER REMANDING CASE TO LOS ANGELES SUPERIOR COURT

**IT IS HEREBY ORDERED** that the STIPULATED PROTECTIVE ORDER is APPROVED and shall be entered into the record.

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: December 23, 2024

U.S. Magistrate Judge
David T. Bristow

[PROPOSED] ORDER REMANDING CASE TO LOS ANGELES COUNTY SUPERIOR COURT